NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**DONNA G. ADAMS,**

*Petitioner*

v.

**DEPARTMENT OF THE NAVY,**

*Respondent*

_____

2022-1734

_____

Petition for review of the Merit Systems Protection Board in No. DC-0752-21-0669-I-1.

_____

## O R D E R

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

2                                                  ADAMS V. NAVY


ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.



                                        FOR THE COURT

June 9, 2022
      Date                        /s/ Peter R. Marksteiner
                                  Peter R. Marksteiner
                                  Clerk of Court


**ISSUED AS A MANDATE:** June 9, 2022